IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACKIE MELLOW and

SHARON A. MARTIN,

      Plaintiff,                No. CIV S-08-0027 MCE GGH PS

    vs.

SACRAMENTO COUNTY, et al.,

      Defendants.           <u>ORDER TO SHOW CAUSE</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Pursuant to Federal Rule of Civil Procedure 11, the court may sanction any party who presents a pleading in violation of this rule. Fed. R. Civ. P. 11(b); (c). A review of the complaint filed in this case indicates that it was probably filed in violation of Rule 11 as it appears to contain allegations at best fanciful and at worst delusional. Therefore, plaintiffs will be required to appear and show cause why the complaint should not be dismissed in its entirety and sanctions imposed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiffs shall appear on January 31, 2008, at 10:00 a.m. in courtroom #24, for a Rule 11 hearing to show cause why the complaint should not be dismissed and sanctions

1

1  imposed.

2     2. All named defendants need not answer or respond to the complaint until

3  further order of the court.

4  DATED: 01/11/08

               /s/ Gregory G. Hollows

               GREGORY G. HOLLOWS
               UNITED STATES MAGISTRATE JUDGE

GGH:076
Mellow0027.R11.wpd