IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACKIE MELLOW and
SHARON A. MARTIN,

      Plaintiff,               No. CIV S-08-0027 MCE GGH PS

   vs.

SACRAMENTO COUNTY, et al.,

      Defendants.         <u>ORDER</u>

_____/

      This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Currently under submission is this court's ruling after issuance of an order to show cause, after hearing on January 31, 2008. Since that hearing, plaintiffs have filed no less than 32 documents, most of which are baseless.

      Accordingly, IT IS ORDERED that:

      1. Plaintiffs shall file no further documents in this case until further order of the court.

\\\\\

\\\\\

\\\\\

1

2. Defendants are not required to respond to any filings by plaintiffs until further order of the court.

DATED: 02/25/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Mellow0027.ord.wpd