IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACKIE MELLOW and
SHARON A. MARTIN,

      Plaintiff,                        CIV-S-08-0027 LKK EFB PS

   vs.

SACRAMENTO COUNTY, et al.,

      Defendant.                     ORDER

_____/

        On May 23, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed, but on May 27, 2008, plaintiff filed a "Notice of Appeal" which the court will construe as objections.[1]

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

---

[1] To the extent this filing can be considered an interlocutory appeal, it is procedurally irregular and highly unorthodox. In any event, it has not been processed pursuant to the requirements of 28 U.S.C. § 1292.

1

1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed May 23, 2008, are ADOPTED;

2. Plaintiff Martin is declared a vexatious litigant; and

3. The following pre-filing review order be entered:   (1) Plaintiff Martin shall not initiate any further pro se action in this court unless the pleadings initiating the action are accompanied by a declaration under penalty of perjury that explains why plaintiff believes she has meritorious claims.  The declaration shall also state that the claims are not frivolous or made in bad faith, and that plaintiff Martin has conducted a reasonable investigation of the facts and the investigation supports her claim(s). (2) The Clerk shall not file or lodge any action submitted pro se by plaintiff Martin unless it is accompanied by the required declaration; any such incomplete filings shall be returned to plaintiff Martin without further action of the court.  (3) If plaintiff Martin files a pro se action accompanied by the required declaration, the Clerk shall open the matter as a miscellaneous case to be considered by the General Duty Judge of this court. The judge will issue necessary orders after making a determination whether the case should be filed under the appropriate standards and pertinent law.

4. This action is dismissed with prejudice.

DATED:  August 20, 2008.

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT